# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                      CASE NO.  3:04cr58 LAC

BILLY PALMER

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   APRIL 9, 2008

Motion/Pleadings: MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2) and CORRECTED MOTION

Filed by DEFENDANT PRO SE on 4/8/08 & 4/9/08   Doc.# 44 & 45

RESPONSES:

                                          on             Doc.#

                                          on             Doc.#

____ Stipulated     ____ Joint Pldg.
____ Unopposed     ____ Consented

                                      WILLIAM M. McCOOL, CLERK OF COURT

                                      *s/Mary Maloy*

LC (1 OR 2)                          Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 27th day of May, 2008, that:*

*(a) The relief requested is* **DENIED.**

*(b) At sentencing, the defendant was held accountable for 6 kilograms of <u>cocaine powder</u> which resulted in a base offense level of 32.  As the defendant was held accountable for <u>no cocaine base</u>, he is not eligible for any reduction in his sentence of imprisonment pursuant to Amendment 706.*

                                                *s/L.A. Collier*

                                            ***LACEY A. COLLIER***
                             ***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.