# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                              CASE NO.  3:04cr58LAC

BILLY PALMER

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on <u>June 12, 2008 and June 19, 2008</u>

Motion/Pleadings:  <u>MOTION FOR REDUCTION OF SENTENCE UPON AMENDMENT #706 and DEFENDANT'S OBJECTION AND REQUEST RECONSIDERATION REGARDING RETROACTIVE CRACK GUIDELINE AMENDMENT (TITLE 18 U.S.C. §3582(c)(2) )</u>

Filed by <u>Defendant Pro Se</u>        on  <u>6/9/08 & 6/19/2008</u> Doc.#   <u>47 &  48</u>

RESPONSES:

_____  on _____ Doc.# _____

_____  on _____ Doc.# _____

_____ Stipulated    _____ Joint Pldg.

_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/ *S. Simms*

LC (1 OR 2)                Deputy Clerk: S. Simms

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 9th day of July, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) Defendant was held accountable at sentencing for cocaine powder only, not cocaine base (crack). See page 12, paragraph 36 of the presentence investigation report. (Copy attached.)*

s/*L.A. Collier*

**LACEY A. COLLIER**
*United States District Judge*

Entered On Docket: _____ By: __

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to:_____

Document No.